# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 30, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1657.  INEZ C. MOSS et al. v. CURTIS BRUCE HAWTHORNE.

Inez C. Moss and Michael L. Moss appeal from an order of the trial court denying their claim that they had acquired prescriptive title to certain property. Although the appellants directed his appeal to this Court, it appears jurisdiction is proper in the Supreme Court under its title to land jurisdiction.

"Cases respecting title to land, as that term is used in the Constitution for the purpose of defining the jurisdiction of [the Supreme Court], refer to and mean actions at law, such as ejectment and statutory substitutes, in which the plaintiff asserts a presently enforceable legal title against the possession of the defendant for the purpose of recovering the land."  *Bond v. Ray*, 207 Ga. 559, 562 (63 SE2d 399) (1951) (punctuation omitted); see also *Cole v. Cole*, 205 Ga. App. 332 (1) (422 SE2d 230) (1992).  This appears to be such a case.  See, *Goodrum v. Goodrum*, 283 Ga. 163 (657 SE2d 192) (2008).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1); *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004); *Goodrum*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/30/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*